9ev. 02/2006

## COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
### Norfolk/Newport News Division

## SENTENCING MINUTES

Set:          9:00 a.m.          Date:                    January 3, 2013
Started:      9:05 a.m.          Judge:                   Arenda Allen
Ended:        10:00 a.m.         Court Reporter:          Tamora Tichenor
                                 U.S. Attorney:           Robert Krask/John Zacharia
                                 Defense Counsel:         Jon Babineau
                                 Courtroom Deputy:        Lorraine Howard
                                 Probation Officer:       Kristie Milby

Case No.       2:12cr59-001
Defendant:      Jeramiah B. Perkins                    (  ) in custody   (X) on bond

  X    Came on for disposition.        X    Deft. sworn.

  X    The Court adopts the factual statements contained in the Presentence Report

  X    Presentence Report reviewed.        _____ Objections heard and rulings made.

  X    Evidence presented. (exhibits listed on last page)

  X    Arguments of counsel heard.      X    Statement of deft. heard.

_____ Court finds deft. GUILTY as to Counts _____ after a plea before a USMJ.


## IMPRISONMENT:

SENTENCE: Count    1   : The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of
60____ months.

_____ The deft. is remanded to the custody of the U.S. Marshal.

 X    The deft. shall surrender for service of the sentence at the institution designated by the BOP before    2:00 p.m.
on  February 8, 2013  , as notified by the U.S. Marshal.

_____ If deft. is unable to arrange transportation to the designated institution, the United States Marshal will arrange
transportation for the defendant.

 X    If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report
to the United States Marshal at 600 Granby Street, Norfolk, VA, by    2:00 p.m.   on  February 8, 2013    , to begin service
of the sentence.


## PROBATION:

_____ The deft. shall be placed on probation for a term of _____ years.

## SUPERVISED RELEASE:

 X    Upon release from imprisonment, the deft. shall be on supervised release for a term of   3    years.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

_____  The deft. shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

_____  As reflected in the presentence report, the deft. presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5).   However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

_____  It shall be a condition of supervised release that the deft. pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

 X    If the deft. tests positive for illegal substances, he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the deft. has reverted to the use of drugs or alcohol, with partial costs to be paid by the deft., all as directed by the probation officer.

_____  The deft. shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

 X    The deft. shall participate in a program approved by the United States Probation Office for financial counseling. The cost of this program is to be paid by the defendant as directed by the probation officer.

 X    The deft. shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.

 X    The deft. shall pay support for his child in the amount ordered by any Division of Child Support Enforcement or court of competent jurisdiction.   In the absence of such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on the defendant's financial circumstances.

 X    As directed by the probation officer, the deft. shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.

__X__   The deft. shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

__X__   The deft. shall provide the probation officer access to any requested financial information.

____   The deft. is prohibited from engaging in any occupation where the deft. would have access to another individual's personal information or money.

____   The defendant shall participate in the Treasury Offset Program (TOP) as directed by the Probation Officer.

____   The deft. shall perform ____ hours of community service as directed by the probation officer.

__X__   The defendant shall not possess any electronic device with the capability or reproducing and distributing copies of copyrighted materials.

__X__   The defendant shall comply with the requirements of the computer monitoring program as administered by the probation office.   The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access.   Installation shall be performed by the probation officer.   The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations.   A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software.   The defendant shall also notify others of the existence of the monitoring software.   The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software.   The costs of the monitoring shall be paid by the defendant.

__X__   The defendant shall consent to the use of Wi-Fi detection devices, to allow the probation officer to detect the presence of wireless signals inside or outside the defendant's residence.

____   The deft. shall be on Home Detention, which shall include electronic monitoring at the deft's expense, for a period of consecutive months/days.   During this time, he/she shall remain at his\her place of residence except for employment and other activities approved in advance by the probation officer.

__   Deft shall maintain a telephone at his place of residence without party lines, telephone answering machines, a modem, "call  forwarding," "caller ID," "call waiting", portable cordless telephones or any other devices or services that may interfere with the proper functioning of the electronic monitoring equipment for the above period.   Deft shall wear an electronic monitoring device, follow electronic monitoring procedures, and pay the cost of electronic monitoring, all as directed by the probation officer.

____   The defendant shall participate in a program approved by the United States Probation Office for mental health treatment, to include a psychological evaluation, and sex offender treatment.   The costs of these programs are to be paid by the defendant as directed by the probation officer.   The defendant shall waive all rights of confidentiality regarding sex offender/mental health treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

____   Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, works, and attends school, according to federal and state law and as directed by the probation officer.

____   The defendant shall submit to polygraph testing as directed by the United States Probation Officer as part of his sex offender therapeutic program.   The costs of the testing are to be paid by the defendant as directed by the probation officer.

____Pursuant to the Adam Walsh Child Protection and Safety Act of 2006, the defendant shall submit to a search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of supervision.

____   The defendant shall not possess or use a computer to access any online computer services at any location, including employment, without the prior approval of the probation officer.   This includes any internet service providers, bulletin board systems, or any other public or private computer network.

____   The defendant shall have no contact with minors unless supervised by a competent, informed adult, approved in advance by the probation officer.

## FINANCIAL PENALTIES

__X__   Court finds deft. is unable to pay fine, cost of prosecution, cost of imprisonment or supervised release.

## SPECIAL ASSESSMENT:

    __X__  As to count __1__, the deft. shall pay a special assessment in the amount of _$100.00_.

    ____ As to count ____, the deft. shall pay a special assessment in the amount of _____.

    ____ As to count ____, the deft. shall pay a special assessment in the amount of _____.

    ____ As to count ____, the deft. shall pay a special assessment in the amount of _____.

The total special assessment due is _$100.00_____ and shall be due in full immediately.

## FINE:
____   The deft. shall pay a fine in the amount of $_____.

_____

## RESTITUTION:

__X__   The deft. shall make restitution in the amount of $ __15,000.00_____.

__X__   Restitution Judgment Order, entered and filed in open court.

_____

## SCHEDULE OF PAYMENTS:

____   Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__X__   The special assessment and restitution are due and payable immediately.   Any balance remaining unpaid on the special assessment and restitution at the inception of supervision, shall be paid by the deft. in installments of not less than $100.00_____ per month, until paid in full. Said payments shall commence __60___days after deft's supervision begins.

____   At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/fine/restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

____   Each restitution payment shall be divided proportionately among the payees named.

____   Restitution shall be made jointly and severally with _____

_____

____   Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

____   Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

_____  Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.   All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

__X__  The deft. shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all restitution and special assessments imposed by this judgment are fully paid.

__X__  The deft. notified of right of appeal.

__X__  Court noted that deft. waived right of appeal in plea agreement.

__X__  On motion of gov't, remaining counts dismissed.

__X__  The deft. is continued on present bond and cautioned re bail jumping.

__X__  Court recommends incarceration at

          __X__  a facility as close to the Tidewater Virginia area as possible.
          __X__  a facility with a Residential Drug Abuse Program (RDAP) when and if defendant qualifies.

_____  Consent Order of Forfeiture, executed and filed in open court.

# Additional Counts/Comments:

**EXHIBIT LIST:**

G-1: Report

G-2: Copy of Transcript